■ GREYSTONE STAFFING, INC., Appellant, v JESSA NIEMEYER, Respondent. [965 NYS2d 381]—In an action for injunctive relief and to recover damages for breach of a covenant not to compete, the plaintiff appeals from an order of the Supreme Court, Nassau County (Driscoll, J.), dated May 21, 2012, which denied its motion, in effect, for a preliminary injunction.

Ordered that the order is affirmed, with costs.

For the reasons stated in the companion appeal (*see Greystone Staffing, Inc. v Warner*, 106 AD3d 954 [2013] [decided herewith]), the Supreme Court did not improvidently exercise its discretion in denying the plaintiff's motion, in effect, to

preliminarily enjoin the defendant from, inter alia, soliciting any current or former customers of the plaintiff. We decline the defendant's request to impose a sanction upon the plaintiff for pursuing an allegedly frivolous appeal (*see* 22 NYCRR 130-1.1). Mastro, J.P., Leventhal, Sgroi and Miller, JJ., concur.